**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Azhar M. Chaudhary v. Victoria A. Mora and Kristie R. Salter

Appellate case number:    01-21-00352-CV

Trial court case number:  18-DCV-254442

Trial court:              434th District Court of Fort Bend County

      The motion for rehearing is **denied**.

      It is so ORDERED.

Judge's signature:  __/s/ Peter Kelly__
               ☑  Acting for the Court

Panel consists of Justices Kelly, Goodman, and Guerra.

Date:  <u>December 13, 2022</u>